**ORDER**

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Without affecting the finality of this order dismissing the action with prejudice, the Court reserves continuing and exclusive jurisdiction over the parties to the negotiated settlement (Plaintiff Dora Garcia and Defendant Menzies Aviation (USA) Inc.) to construe and enforce the negotiated settlement in accordance with its terms for the mutual benefit of the parties.

IT IS SO ORDERED.

Date: _____, 2018                _____
                                        Hon. Michael W. Fitzgerald
                                        United States District Judge
                                        Central District of California

**JOINT STIPULATION AND [PROP] ORDER FOR DISMISSAL**
Case No. 2:18-cv-03321-MWF-SS