JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA GARCIA, an individual; on behalf of herself, all others similarly situated, and the general public,<br><br>PLAINTIFF,<br><br>v.<br><br>WORLD SERVICE WEST/LA INFLIGHT SERVICE COMPANY, LLC; MENZIES AVIATION (USA) INC., and DOES 1 thru 100, inclusive,<br><br>DEFENDANTS. | Case No.: 2:18-cv-03321-MWF-SS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER**

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Without affecting the finality of this order dismissing the action with prejudice, the Court reserves continuing and exclusive jurisdiction over the parties to the negotiated settlement (Plaintiff Dora Garcia and Defendant Menzies Aviation (USA) Inc.) to construe and enforce the negotiated settlement in accordance with its terms for the mutual benefit of the parties.

IT IS SO ORDERED.

Date: July 11, 2018

_____
Michael W. Fitzgerald
United States District Judge
Central District of California